

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

JRS
F.#2019R00984

*271 Cadman Plaza East
Brooklyn, New York 11201*

August 25, 2020

By ECF

The Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Tyquan Jackson
               Docket No. 19-CR-356 (ARR)

Dear Judge Ross:

      The government respectfully submits this letter to request that the Court adjourn the status conference in this matter currently scheduled for September 28, 2020 to October 5, 2020 at 11:00 a.m.  The government submits that this adjournment is appropriate because the attorney for the government is unavailable on September 28, 2020 because that day is Yom Kippur.  The government has conferred with counsel for the defendant, who consents to this request and who consents to the exclusion of time from September 28, 2020 to October 5, 2020.

      Respectfully submitted,

      SETH D. DuCHARME
      Acting United States Attorney

By:    /s/ Jonathan Siegel
      Jonathan Siegel
      Assistant U.S. Attorney
      (718) 254-6293

cc:    Clerk of Court (by ECF)
        Mark S. DeMarco, Esq. (by ECF)