# HEATHER STEPANEK
ATTORNEY AT LAW
160 BROADWAY, 4TH FLOOR
NEW YORK, NY 10038
(t.) 347-573-0457 | (f.) 347-402-6114
Heather.Stepanek@gmail.com

March 15, 2022

**By ECF**
The Honorable Allyne R. Ross
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn New York 11201

**Re:**   **United States v. Tyquan Jackson, 19-cr-00356-ARR-1**

Dear Judge Ross:

    Regretfully, I am writing to inform the Court that Mr. Koenig passed away over this past weekend, March 12-13th, 2022.

    As of yet, I have not been able to inform the defendant, Mr. Jackson, as I am currently assisting in the New York State trial People v. Alexcy Delosangeles (Sup. Ct, Bronx Co. Indictment No. 02681-2017).

    I request that Mr. Jackson be assigned a new attorney via the Criminal Justice Act. Mr. Koenig had many more years of criminal defense experience than myself and I believe the client would be best be served by assigned counsel from the CJA panel. I understand the defendant is indigent. I will be available to assist new counsel in anyway I can.

    Respectfully submitted,

    */s/ Heather Stepanek*
    Heather J. Stepanek, Esq.
    160 Broadway, 4th Fl.
    New York, NY 10038
    (t.) 347-573-0457
    (f.) 347-402-6114
    heather.stepanek@gmail.com